IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY PENNINGTON**                                                   **PLAINTIFF**
**ADC # 080562**

v.                      No. 4:22-cv-259-DPM

**THE STATE CARE AND CUSTODY**
**REIMBURSEMENT ACT,**
**A.C.A. § 12-29-501** *et seq.*                            **DEFENDANT**

## JUDGMENT

Pennington's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2022